1  GLENN S. GUENARD, CA Bar No. 129453
   GUENARD & BOZARTH, LLP
2  gguenard@gblegal.com
   1810 S Street
3  Sacramento, CA 95814
   Phone: 916-447-7177
4  Fax: 916-714-9031

5  ALISA BRODKOWITZ, *PRO HAC VICE*
   SEAN J. GAMBLE, *PRO HAC VICE*
6  alisa@friedmanrubin.com
   sgamble@friedmanrubin.com
7  81 Vine Street, Suite 202
   Seattle, WA 98121
8  Tel: 206-501-4446
   Fax: 206-623-0794

9
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| XUAN THI PHAN, an individual,<br><br>                     Plaintiff,<br><br>     v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>                     Defendant. | No.  2:16-cv-02328-WBS-DB<br><br>ORDER REGARDING DEFENDANT JETBLUE'S MOTION TO DISMISS AND PLAINTIFF'S REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

<u>ORDER</u>

The Court having considered the Stipulation of the parties regarding Defendant JetBlue's Motion to Dismiss (Document 7) and Plaintiff's Request for Leave to File First Amended Complaint (Document 16), and the facts and circumstances of this matter, ORDERS as follows:

Plaintiff is granted leave to file her First Amended Complaint. Plaintiff is ORDERED to promptly file her First Amended Complaint, Exhibit A to Document 16 (Document 16-1).

Defendant is ORDERED to answer or respond to Plaintiff's First Amended Complaint within 21

days of service of same, as agreed to by the Parties. The hearing calendared for November 28, 2016 at 1:30 pm is moot and hereby removed from the motion calendar.

IT IS SO ORDERED.

Dated:  November 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE