UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

XUAN THI PHAN,                      CIV. NO. 2:16-2328 WBS DB

            Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION,
a Delaware corporation,

            Defendant.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for February 13, 2017, and makes the following findings
and orders without needing to consult with the parties any
further.

        I.    SERVICE OF PROCESS

        The named defendant has been served, and no further

1

1  service is permitted without leave of court, good cause having

2  been shown under Federal Rule of Civil Procedure 16(b).

3          II.  JOINDER OF PARTIES/AMENDMENTS

4          No further joinder of parties or amendments to

5  pleadings will be permitted except with leave of court, good

6  cause having been shown under Federal Rule of Civil Procedure

7  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

8  (9th Cir. 1992).

9          III. JURISDICTION/VENUE

10          Jurisdiction is predicated upon diversity of

11  citizenship, 28 U.S.C. § 1332.  Venue is undisputed and hereby

12  found to be proper.

13          IV.  DISCOVERY

14          The parties shall serve the initial disclosures

15  required by Federal Rule of Civil Procedure 26(a)(1) by February

16  17, 2017.

17          Plaintiff shall disclose experts and produce reports

18  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

19  later than January 15, 2018.  Defendant shall disclose experts

20  and reports pursuant to Rule 26(a)(2) by February 15, 2018.  With

21  regard to expert testimony intended solely for rebuttal, those

22  experts shall be disclosed and reports produced in accordance

23  with Federal Rule of Civil Procedure 26(a)(2) on or before

24  February 28, 2018.

25          The parties agree to complete fact discovery by

26  December 5, 2017.  All other discovery is left open, save and

27  except that it shall be so conducted as to be completed by April

28  30, 2018.  The word "completed" means that all discovery shall

2

1   have been conducted so that all depositions have been taken and

2   any disputes relevant to discovery shall have been resolved by

3   appropriate order if necessary and, where discovery has been

4   ordered, the order has been obeyed.  All motions to compel

5   discovery must be noticed on the magistrate judge's calendar in

6   accordance with the local rules of this court and so that such

7   motions may be heard (and any resulting orders obeyed) not later

8   than April 30, 2018.

9            V.   MOTION HEARING SCHEDULE

10           All motions, except motions for continuances, temporary

11   restraining orders, or other emergency applications, shall be

12   filed on or before May 30, 2018.  All motions shall be noticed

13   for the next available hearing date.  Counsel are cautioned to

14   refer to the local rules regarding the requirements for noticing

15   and opposing such motions on the court's regularly scheduled law

16   and motion calendar.

17           VI.   FINAL PRETRIAL CONFERENCE

18           The Final Pretrial Conference is set for August 13,

19   2018, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

20   attended by at least one of the attorneys who will conduct the

21   trial for each of the parties and by any unrepresented parties.

22           Counsel for all parties are to be fully prepared for

23   trial at the time of the Pretrial Conference, with no matters

24   remaining to be accomplished except production of witnesses for

25   oral testimony.  Counsel shall file separate pretrial statements,

26   and are referred to Local Rules 281 and 282 relating to the

27   contents of and time for filing those statements.  In addition to

28   those subjects listed in Local Rule 281(b), the parties are to

1   provide the court with: (1) a plain, concise statement which

2   identifies every non-discovery motion which has been made to the

3   court, and its resolution; (2) a list of the remaining claims as

4   against each defendant; and (3) the estimated number of trial

5   days.

6          In providing the plain, concise statements of

7   undisputed facts and disputed factual issues contemplated by

8   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

9   that remain at issue, and any remaining affirmatively pled

10  defenses thereto.  If the case is to be tried to a jury, the

11  parties shall also prepare a succinct statement of the case,

12  which is appropriate for the court to read to the jury.

13              VII.  TRIAL SETTING

14         A jury trial is set for October 10, 2018 at 9:00 a.m.

15  The parties estimate that trial will last five to seven days.

16              VIII.  SETTLEMENT CONFERENCE

17         A Settlement Conference will be set at the time of the

18  Pretrial Conference.  All parties should be prepared to advise

19  the court whether they will stipulate to the trial judge acting

20  as settlement judge and waive disqualification by virtue thereof.

21         Counsel are instructed to have a principal with full

22  settlement authority present at the Settlement Conference or to

23  be fully authorized to settle the matter on any terms.  At least

24  seven calendar days before the Settlement Conference counsel for

25  each party shall submit a confidential Settlement Conference

26  Statement for review by the settlement judge.  If the settlement

27  judge is not the trial judge, the Settlement Conference

28  Statements shall not be filed and will not otherwise be disclosed

4

1  to the trial judge.

2          IX.   <u>MODIFICATIONS TO SCHEDULING ORDER</u>

3         Any requests to modify the dates or terms of this

4  Scheduling Order, except requests to change the date of the

5  trial, may be heard and decided by the assigned Magistrate Judge.

6  All requests to change the trial date shall be heard and decided

7  only by the undersigned judge.

8  Dated:  February 8, 2017

9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    5