GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
1810 S Street
Sacramento, CA 95814
Phone: 916-447-7177
Fax: 916-714-9031

ALISA BRODKOWITZ, *PRO HAC VICE*
RACHEL M. LUKE, *PRO HAC VICE*
alisa@friedmanrubin.com
rachel@friedmanrubin.com
51 University Street, Suite 201
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| XUAN THI PHAN, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>                Defendant. | No.   2:16-cv-02328-WBS-DB<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:  July 24, 2017<br>Time: 1:30 pm<br>Courtroom: 5, 14th Floor |

This Court, having reviewed the Stipulation of the parties regarding Plaintiff's Motion for Leave to File Second Amended Complaint, and the facts and circumstances of this matter, ORDERS as follows:

Plaintiff's Motion for Leave to File Second Amended Complaint is hereby stricken, without prejudice.

IT IS SO ORDERED.

Dated:  July 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE