UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| XUAN THI PHAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | NO. 2:16-CV-02328 WBS DB |
| MICHELL HILL, an individual, and ARIEL EPSTEIN POLLACK, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | NO. 2:17-CV-01604 MCE DB |

----oo0oo----

1

1    Examination of the above-entitled actions reveals that
2  they are related within the meaning of Local Rule 123(a), because
3  both cases arise from injuries allegedly incurred by each
4  plaintiff while a passenger on JetBlue Flight No. 429 on August
5  11, 2016 from Boston Logan International Airport to Sacramento
6  International Airport.  Accordingly, the assignment of the
7  matters to the same judge is likely to effect a substantial
8  saving of judicial effort and is also likely to be convenient for
9  the parties.
10           The parties should be aware that relating the cases
11 under Local Rule 123 merely has the result that both actions are
12 assigned to the same judge; no consolidation of the actions is
13 effected.  Under the regular practice of this court, related
14 cases are generally assigned to the judge and magistrate judge to
15 whom the first filed action was assigned.
16           IT IS THEREFORE ORDERED that the actions denominated
17 Phan v. JetBlue Airways Corporation, No. 2:16-02328 WBS DB, and
18 Hill v. JetBlue Airways Corporation, No. 2:17-01604 MCE DB, be,
19 and the same hereby are, deemed related.  The case denominated
20 Hill v. JetBlue Airways Corporation, No. 2:17-01604 MCE DB, shall
21 be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates
22 currently set in the reassigned case only are hereby VACATED.
23 Henceforth, the captions on documents filed in the reassigned
24 case shall be shown as Hill v. JetBlue Airways Corporation, No.
25 2:17-01604 WBS DB.
26           IT IS FURTHER ORDERED that the Clerk of the Court make
27 an appropriate adjustment in the assignment of cases to
28 compensate for this reassignment.

Dated: September 29, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE