UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUAN THI PHAN, | No. 2:16-cv-2328 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, | |
| Defendant. | |

On November 20, 2017, the parties filed a proposed stipulated protective order regarding the use of confidential information. (ECF No. 43.) On November 22, 2017, the parties provided the undersigned with a proposed order granting the stipulated protective order.

Review of the parties' proposed stipulated protective order finds that it contemplates that the parties' conduct will conform to "Local Rule 37.1 et seq.," and "Local Civil Rule 79-5." (Prop. Stip. Prot. Ord (ECF No. 43) at 3, 8.) This court, however, has neither a Local Rule 37.1 nor a Local Civil Rule 79-5.

////

////

////

////

1

Accordingly, IT IS ORDERED that the parties' November 20, 2017 request for entry of the proposed stipulated protective order (ECF No. 43) is denied without prejudice to renewal.

Dated: November 28, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\phan2328.stip.protord.den