UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| XUAN THI PHAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | Civ. No. 2:16-2328 WBS DB<br><br><br>ORDER RE: MOTION TO REINSTATE |

----oo0oo----

Having held arguments on plaintiff's Motion to Reinstate Case (Docket No. 68), the court places this case back on calendar. As discussed at the hearing, by June 18, 2018, the parties are to file a joint stipulation setting new deadlines for expert discovery and dispositive motions. The pretrial conference remains set for August 13, 2018, and a jury trial remains set for October 10, 2018. Defendant's Request for Reconsideration by the District Court of Magistrate's Ruling (Docket No. 65) is set for hearing July 9, 2018 at 1:30 p.m. in

1

Courtroom 5.

    IT IS SO ORDERED.

Dated: June 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE