# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| XUAN THI PHAN, an individual, | CASE NO. 2:16-cv-02328-WBS-DB |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JETBLUE AIRWAYS CORPORATION, a Delaware corporation, | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered as follows:

The above-captioned action hereby is dismissed with prejudice and without attorneys' fees, costs, or expenses to any party.

**IT IS SO ORDERED**

**Dated: August 1, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE